UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY PIETRUSZYNSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> SAFECO INSURANCE COMPANY OF ) <br> INDIANA, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:16-CV-2180-G |

### ORDER

The parties' agreed motion to stay lawsuit pending completion of appraisal and to vacate current scheduling order (docket entry 17) is **GRANTED**. In an effort to manage this court's docket more efficiently, this case will be **ADMINISTRATIVELY CLOSED**. The case may be reopened, without prejudice, upon the motion of any party. The right to reopen shall continue until 30 days after the appraisal process is completed.

**SO ORDERED**.

June 30, 2017.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**